IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-104 |
| | ) | |
| FELICIA CALLWOOD | ) | |

**O R D E R**

Pursuant to the Court's March 15, 2016 Order, counsel have advised the Court that the motions requesting a hearing pursuant to Jackson v. Denno, 378 U.S. 368 (1964) and 18 U.S.C. § 3501 have been resolved. (See doc. no. 64.) Therefore, the Court **CANCELS** the March 22, 2016 hearing, and **DIRECTS** the **CLERK** to terminate the motions requesting a hearing. (Doc. nos. 45, 48.)

SO ORDERED this 18th day of March, 2016, at Augusta, Georgia.

/s/ Brian K. Epps
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA