IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:15-104-02 |
| | ) | |
| FELICIA CALLWOOD | ) | |

## ORDER

On March 18, 2016, the Court ordered that Felicia Callwood be placed in a facility designated by the United States Bureau of Prisons to be examined as to her mental condition and to determine her sanity at the time of the alleged offense pursuant to 18 U.S.C. §§ 4241 and 4242. On June 28, 2016, the Court received a written report from Dr. Rodolfo A. Buigas, a forensic psychologist at the Federal Detention Center located in Miami, Florida. Dr. Buigas determined that Callwood was not suffering from a mental illness that will interfere in the judicial process.

Accordingly, the Court **ORDERS** that Callwood be returned to bond supervision with all conditions previously imposed on December 17, 2015, remaining in full force and effect.

**SO ORDERED**, this 8th day of July, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE